## Winn *v.* The State.

Atkinson, J. This case is controlled by the case of *Duncan* v. *State,* ante. *Judgment affirmed. All the Justices concur.*